# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-1308**                              **September Term, 2013**

**PRC-R2013-10**

**Filed On: December 23, 2013** [1471973]

United States Postal Service,

       Petitioner

    v.

Postal Regulatory Commission,

       Respondent

## N O T I C E

This case was docketed on December 20, 2013. The Postal Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on December 20, 2013, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

             BY:    /s/
                     Laura M. Chipley
                     Deputy Clerk

Attachment:
      Certified Copy of Petition for Review