# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 13-1308**  September Term, 2013

PRC-R2013-10

Filed On: December 30, 2013 [1472836]

United States Postal Service,

    Petitioner

  v.

Postal Regulatory Commission,

    Respondent

## O R D E R

    The petition for review in this case was filed and docketed on December 20, 2013, and assigned the above number. It is, on the court's own motion,

    **ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Due Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | January 29, 2014 |
| Docketing Statement Form | January 29, 2014 |
| Procedural motions, if any | January 29, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | January 29, 2014 |
| Statement of Issues to be Raised | January 29, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | January 29, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | February 13, 2014 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-1308**  September Term, 2013

It is

    **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | January 29, 2014 |
| Procedural motions, if any | January 29, 2014 |
| Certified Index to the Record | February 13, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | February 13, 2014 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the petition for review.

**FOR THE COURT:**  
Mark J. Langer, Clerk

BY: /s/  
Laura M. Chipley  
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form  
    Entry of Appearance Form  
    Request to Enter Appellate Mediation Program  
    Notice Concerning Expedition of Appeals and Petitions for Review  
    Stipulation to be Placed in Stand-By Pool of Cases