IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>POSTAL REGULATORY COMMISSION,<br><br>　　　　Respondent. | Case No. 13-1308 |

**MOTION FOR LEAVE TO INTERVENE**

　　　　Pursuant to 28 U.S.C. § 2348, 47 U.S.C. § 402(e), Rule 15(d) of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15(b), the National Postal Policy Council ("NPPC") hereby moves for leave to intervene as of right in the above-captioned appeal.

　　　　Petitioner United States Postal Service seeks review of Order No. 1890 of the Postal Regulatory Commission ("PRC") in *Price Adjustments for Market Dominant Products and Related Mail Classification Changes*, Docket No. R2013-10 (November 21, 2013) ("*Order*"). In the *Order*, the PRC rejected a request by the Postal Service to raise postage rates by an amount greater than the inflation-based rate cap established pursuant to Section 3622 of the Postal Accountability and Enhancements Act, 39 U.S.C. § 3622.

NPPC actively participated in the PRC proceedings below, and, as a trade association representing the interests of mailers of First-Class Presorted and Automation Mail, its interests will be substantially affected by this Court's review of the PRC's *Order*. NPPC thus is a "party in interest in the proceeding" entitled to intervene as of right in this matter. 28 U.S.C. § 2348; 47 U.S.C. § 402(e).

NPPC therefore respectfully requests that this Court grant its motion for leave to intervene in support of Respondent Postal Regulatory Commission.

Respectfully submitted,

/s/ William B. Baker (D.C. Bar No. 387715)
_____
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049
E-MAIL: wbaker@wileyrein.com

*Counsel for National Postal Policy Council*

January 14, 2014

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>    Petitioner,<br><br>    v.<br><br>POSTAL REGULATORY COMMISSION,<br><br>    Respondent. | Case No. 13-1308 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, the National Postal Policy Council submits the following corporate disclosure statement:

The National Postal Policy Council is a corporation. It does not have a parent company and no publicly held company owns more than 10% of National Postal Policy Council stock.

    Respectfully submitted,

    /s/ William B. Baker (D.C. Bar No. 387715)
    WILEY REIN LLP
    1776 K Street, N.W.
    Washington, DC  20006
    TEL: 202.719.7000
    FAX: 202.719.7049
    E-MAIL: wbaker@wileyrein.com

*Counsel for National Postal Policy Council*

January 14, 2014

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>Petitioner,<br><br>v.<br><br>POSTAL REGULATORY COMMISSION,<br><br>Respondent. | Case No. 13-1308 |

**CERTIFICATE AS TO PARTIES**

Pursuant to D.C. Circuit Rule 27(a)(4) and D.C. Circuit Rule 28(a)(1)(A), counsel for the National Postal Policy Council hereby certifies the following:

In Case No. 13-1308, the Petitioner is the United States Postal Service, and the Respondent is the Postal Regulatory Commission ("Commission"). Movant National Postal Policy Council seeks leave to appear in this matter as an intervenor.

                              Respectfully submitted,

                              /s/ William B. Baker (D.C. Bar No. 387715)
                              WILEY REIN LLP
                              1776 K Street, N.W.
                              Washington, DC  20006
                              TEL: 202.719.7000
                              FAX: 202.719.7049
                              E-MAIL: wbaker@wileyrein.com

                *Counsel for National Postal Policy Council*

January 14, 2014

# CERTIFICATE OF SERVICE

I hereby certify that, on behalf of the National Postal Policy Council, on January 14, 2014, I electronically filed the foregoing **Motion for Leave to Intervene** with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system.

I certify further that I have directed that copies of the foregoing **Motion for Leave to Intervene** be mailed by First-Class Mail to the following persons:

Thomas J. Marshall
R. Andrew German
Stephan J. Boardman
David C. Belt
U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-1127

*Counsel for U.S. Postal Service*

Brian Corcoran
Postal Regulatory Commission
901 New York Avenue, N.W., Suite 200
Washington, D.C. 20268-0001

*Counsel for Postal Regulatory Commission*

/s/ William B. Baker